FILED'09 SEP 17 11:46USDC-ORM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

TERRIE CASEY,
      Plaintiff,

CV# 08-423-CL

vs.

ORDER

MICHAEL J. ASTRUE,
Commissioner of Social Security,
      Defendant.

---

Based upon the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $5982.10 and costs in the amount of $350 shall be awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. Attorney fees and costs are payable to Plaintiff's attorney. The check shall be made out to Plaintiff's attorney and mailed to Plaintiff's attorney's office as follows: Merrill Schneider, P.O. Box 16310, Portland, OR 97292-0310.

DATED this _17_ day of September 2009.

*/s/ Owen M. Panner*
~~Mark D. Clarke~~
United States District Judge